AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

CASIO COMPUTER CO., LTD.,
Plaintiff,

V.

The Individuals, Corporations, Limited Liability Companies,
Partnerships and Unincorporated Associations Identified on
Schedule A Hereto,
Defendants.

| | |
|---|---|
| CASE NUMBER: | 24-cv-11010 |
| ASSIGNED JUDGE: | Matthew F. Kennelly |
| DESIGNATED MAGISTRATE JUDGE: | Jeffrey Cole |

TO: (Name and address of Defendant)

auto-kingdom and all other Defendants identified in the Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Hierl
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison St., Suite 4000
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____ 21 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Lucas Janiec*

(By) DEPUTY CLERK



November 20, 2024

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | **DATE**<br>December 5, 2024 |
| NAME OF SERVER *(PRINT)*<br>Robert P. McMurray | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify):   On December 5, 2024, I sent an email containing a copy of the Motion for Entry of a Preliminary Injunction, Memorandum

in Support of Entry of a Preliminary Injunction, Complaint, TRO and Summons to the email addresses identified in Exhibit 3 to the Declaration of

Keishi Takeyama and any email addresses provided for Defendants by third parties that include a link to a website containing the aforementioned pleadings

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 5, 2024        *[signature]*
Date                    *Signature of Server*

70 W. Madison St., Suite 4000, Chicago, IL 60602
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.