IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASIO COMPUTER CO., LTD., ) | |
| ) | Case No. 24-cv-11010 |
| Plaintiff, ) | |
| ) | Judge Matthew F. Kennelly |
| ) | |
| v. ) | |
| ) | |
| THE INDIVIDUALS, CORPORATIONS, ) | |
| LIMITED LIABILITY COMPANIES, ) | |
| PARTNERSHIPS AND UNINCORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ) | |
| ON SCHEDULE A HERETO, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff CASIO COMPUTER CO., LTD. hereby dismisses with prejudice all causes of action in the complaint as to the Defendants identified below and in Schedule A. No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 3 | peacelovermall |
| 4 | prooutlet46 |
| 185 | ALMNVO |
| 193 | BXUXOHS |
| 199 | LEIXIUER |
| 201 | RENDE Official store |
| 205 | SOLOLUP |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 16, 2024 | By:    <u>s/Michael A. Hierl</u> |

                      Michael A. Hierl (Bar No. 3128021)
                      William B. Kalbac (Bar No. 6301771)
                      Robert P. McMurray (Bar No. 6324332)
                      John Wilson (Bar No. 6341294)
                      Hughes Socol Piers Resnick & Dym, Ltd.
                      Three First National Plaza
                      70 W. Madison Street, Suite 4000
                      Chicago, Illinois 60602
                      (312) 580-0100 Telephone
                      (312) 580-1994 Facsimile
                      mhierl@hsplegal.com

                      Attorneys for Plaintiff
                      CASIO COMPUTER CO., LTD.

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on December 16, 2024.

                                               s/Michael A. Hierl