IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASIO COMPUTER CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUAL, CORPORATION, LIMITED LIABILITY COMPANY, PARTNERSHIP AND UNINCORPORATED ASSOCIATION IDENTIFIED ON AMENDED SCHEDULE A HERETO,<br><br>    Defendant. | Case No. 24-cv-11010<br><br>Judge Matthew F. Kennelly |

## ASSET RESTRAINT ORDER

On November 21, 2024, this Court entered a Preliminary Injunction [Dkt. Nos. 41, 42] as to all Schedule A Defendants, including Defendant No. 223 "Zhihuida". The Preliminary Injunction included, among other things, provisions to restrain funds in Defendant's linked financial accounts, including funds held by Walmart.com, Inc. ("Walmart").

**IT IS HEREBY ORDERED** that the Temporary Restraining Order and Preliminary Injunction Order previously entered in this case shall be modified as to Defendant No. 223 "Zhihuida", as follows:

1. Walmart shall continue to maintain a restraint of TWENTY-FIVE THOUSAND U.S. DOLLARS ($25,000.00) of funds in the Walmart seller account of Defendant No. 223 "Zhihuida" until final disposition of this case, or until further order of the Court.

2. Upon service of a copy of this Order, Walmart shall immediately lift any restraints on the Walmart seller account of the Defendant No. 223 "Zhihuida", except for the restraint of funds mentioned in paragraph 1 above.

3. Upon service of a copy of this Order, Walmart shall immediately release to Defendant No. 223 "Zhihuida" all funds in its Walmart seller account, except for the restraints mentioned in paragraph 1 above.

4. The remaining conditions of the Preliminary Injunction are to remain in place as to Defendant No. 223 "Zhihuida".

5. Plaintiff's counsel, William B. Kalbac, Esq., shall serve a copy of this Consent Order on Walmart and, within two (2) days of entry of this Order, shall provide counsel with proof thereof.

THE FOLLOWING PARTIES APPROVE THE FORM OF THIS ORDER AND CONSENT TO EACH OF THE ORDERS NOTED ABOVE.

/s/ William B. Kalbac
William B. Kalbac, Esq.
Michael A. Hierl
Robert P. McMurray
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(314) 585-8892
wkalbac@hsplegal.com
*Attorneys for Plaintiff CASIO COMPUTER CO., LTD.*

/s/ Christopher Paul Keleher
Christopher Paul Keleher
The Keleher Appellate Law Group, LLC
1 East Erie Street
Box 4635
Chicago, IL 60611
(312) 448-8491
ckeleher@appellatelawgroup.com
*Attorney for Defendant No. 223 "Zhihuida"*

Dated: January 7, 2025

ENTER

_____
The Honorable Matthew F. Kennelly
U.S. District Judge