IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASIO COMPUTER CO., LTD., | ) |
| | ) Case No. 24-cv-11010 |
| Plaintiff, | ) |
| | ) Judge Matthew F. Kennelly |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 22, 2025 [Dkt. No. 89] in favor of Plaintiff CASIO COMPUTER CO., LTD. ("Plaintiff") and against the Defendants identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| No. | Seller Name |
|---|---|
| 79 | TOPOPO |
| 243 | Worldfine |

Therefore, full and complete satisfaction of said judgment as to above-identified Defendants are hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

Dated: January 29, 2025                    Respectfully submitted,

                                                                By:      s/Michael A. Hierl
                                                                            Michael A. Hierl (Bar No. 3128021)
                                                                              William B. Kalbac (Bar No. 6301771)
                                                                              Robert P. McMurray (Bar No. 6324332)
                                                                              John Wilson (Bar No. 6341294)
                                                                              Hughes Socol Piers Resnick & Dym, Ltd.
                                                                              Three First National Plaza
                                                                              70 W. Madison Street, Suite 4000
                                                                              Chicago, Illinois 60602
                                                                              (312) 580-0100 Telephone
                                                                              (312) 580-1994 Facsimile
                                                                              mhierl@hsplegal.com

                                                                              Attorneys for Plaintiff
                                                                              CASIO COMPUTER CO., LTD.

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on January 29, 2025.

                                                                       s/Michael A. Hierl