IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASIO COMPUTER CO., LTD., | ) |
|   | ) Case No. 24-cv-11010 |
| Plaintiff, | ) |
|   | ) Judge Matthew F. Kennelly |
| v. | ) |
|   | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) |
|   | ) |
| Defendants. | ) |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 22, 2025 [Dkt. No. 89] in favor of Plaintiff CASIO COMPUTER CO., LTD. ("Plaintiff") and against the Defendants identified in Amended Schedule A. Plaintiff acknowledges payment of an agreed upon damages amount, costs and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| No. | Seller Name |
|---|---|
| 122 | Shop1102524131 Store |

Therefore, full and complete satisfaction of said judgment as to above-identified Defendant are hereby acknowledged and the Clerk of the Court is hereby authorized and requested to make an entry of the full and complete satisfaction on the docket accordingly.

Dated: February 3, 2026  Respectfully submitted,

                                         By:     s/Michael A. Hierl
                                                       Michael A. Hierl
                                                       William B. Kalbac
                                                       Robert P. McMurray
                                                       John Wilson
                                                       Hughes Socol Piers Resnick & Dym, Ltd.
                                                       Three First National Plaza
                                                       70 W. Madison Street, Suite 4000
                                                       Chicago, Illinois 60602
                                                       (312) 580-0100 Telephone
                                                       (312) 580-1994 Facsimile
                                                       mhierl@hsplegal.com

                                                       Attorneys for Plaintiff
                                                       CASIO COMPUTER CO., LTD.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Satisfaction of Judgment was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on February 3, 2026.

    s/Michael A. Hierl